ORIGINAL

# United States Court of Federal Claims

No. 14-865 C
January 22, 2015

**FILED**

JAN 2 2 2015

U.S. COURT OF
FEDERAL CLAIMS

DONALD WILLIAMS,

      *Plaintiff,*

v.

UNITED STATES OF AMERICA,

      *Defendant.*

## ORDER DISMISSING CASE

Plaintiff, proceeding *pro se,* filed a complaint on September 17, 2014 alleging that the United States Social Security Administration "willfully and deliberately ignore[d]" medical reports and evaluations by medical experts, "depriv[ing] Plaintiff of financial and medical benefits entitled to Plaintiff." Plaintiff seeks damages "in excess of $10,000." On January 16, 2015, defendant filed a motion to dismiss, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Rules of the Court of Federal Claims ("RCFC"), arguing the case should be dismissed for lack of subject matter jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted.

Plaintiff's allegations—even if true—do not give rise to any cause of action over which this court has subject-matter jurisdiction. *See.* 28 U.S.C. §§ 1346, 1491. This court does not have jurisdiction to decide claims for social security benefits—such claims may only be filed in district courts. *Addams-More v. United States*, 81 Fed. Cl. 312, 315 aff'd, 296 F. App'x 45 (Fed. Cir. 2008) (citing *Marcus v. United States*, 909 F.2d 1470, 1471 (Fed. Cir. 1990). The court therefore dismisses the complaint pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims.

For the foregoing reasons, defendant's MOTION to dismiss is GRANTED. The Clerk is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

Lawrence J. Block
Judge